EWS:MDM
F.# 2026R00171

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

VINCENZO RANDAZZO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

C O M P L A I N T

(T. 18, U.S.C., § 2113(a))

Case No. 26-MJ-55

EASTERN DISTRICT OF NEW YORK, SS:

DONALD FORD, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

On or about March 5, 2026, within the Eastern District of New York and elsewhere, the defendant VINCENZO RANDAZZO did knowingly and intentionally take by force, violence and intimidation, from the person and presence of another, money belonging to and in the care, custody, management, and possession of a bank, to wit: a branch of Empire State Bank located at 6923 18th Avenue, Brooklyn, New York 11204, the deposits of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

(Title 18, United States Code, Section 2113(a))

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.    I am a Special Agent with the FBI and have been involved in the investigation of numerous cases involving shootings, bank robberies, and other violent crimes. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and from reports of other law enforcement officers involved in the investigation.

2.    On or about March 5, 2026, the defendant VINCENZO RANDAZZO committed a gunpoint robbery at a branch of Empire State Bank located at 6923 18th Avenue, Brooklyn, New York 11204.

3.    Based on my review of surveillance footage, at approximately 5:12 p.m. that day, an individual wearing a yellow construction-style jacket, light gray hooded sweatshirt, blue jeans, white sneakers, black gloves, black sunglasses, and a black surgical mask, later identified as the defendant VINCENZO RANDAZZO, entered the Empire State Bank branch and approached a bank teller.  RANDAZZO subsequently displayed a black semi-automatic firearm, pointed it at the bank teller, and stole approximately $6,953 in United States currency. He fled on foot and then in his vehicle, a black 2023 Kia EV6, which was parked nearby.

4.    Though the defendant VINCENZO RANDAZZO was wearing a mask when he committed the robbery, surveillance footage from the surrounding area depicts the same individual whose height and build matches RANDAZZO in the vicinity of the bank shortly before and after the robbery.  Specifically, video surveillance footage from the area surrounding

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

the Empire State Bank branch shortly before the robbery shows the perpetrator in the vicinity of the bank.   At approximately 5:10 p.m., the perpetrator is observed walking toward the bank and entering.   At approximately 5:12 p.m., the same individual exited the bank and walked west on 70th Street in the direction of the black 2023 Kia EV6 that had been parked nearby prior to the robbery.   Additional surveillance footage shows the individual entering that vehicle and departing the area shortly thereafter.

5.    Shortly after the robbery, the defendant VINCENZO RANDAZZO was captured by surveillance cameras—this time without a mask—exiting his car and removing an object that he placed over his vehicle's rear license plate to conceal his involvement in the robbery.   As depicted below, the individual captured on surveillance cameras matches known photographs of RANDAZZO taken by the South Carolina Department of Motor Vehicles ("DMV") in or about September 2022 and from publicly available social media accounts.

<u>Surveillance Footage</u>



DMV Photograph



Social Media Photographs



6.      The black 2023 Kia EV6 associated with the robbery belongs to the

defendant VINCENZO RANDAZZO.   Surveillance footage depicting the vehicle in the vicinity

of the bank before the robbery   captured a South Carolina license plate with the last four digits

bearing "V193."   Records from the DMV reflect that South Carolina license plate number

WBV193 is associated with a black 2023 Kia EV6 registered to RANDAZZO.   License plate

reader data captured RANDAZZO's vehicle, the black Kia EV6 with South Carolina license plate WBV193, approximately three miles away from the bank the day after the robbery.   Law enforcement also queried the same plate number as if it were issued by New York, which returned no results.

7.   After the robbery on March 5, 2026, surveillance footage captured the black 2023 Kia EV6 vehicle traveling in the general direction of a residence associated with the defendant VINCENZO RANDAZZO.   In the ensuing days, law enforcement agents conducted surveillance outside RANDAZZO's residence on multiple occasions and observed the same vehicle bearing South Carolina license plate WBV193.

8.   On March 17, 2026, after executing a judicially authorized warrant, law enforcement seized: (i) approximately $2,831 in cash, including prerecorded "bait money," meaning United States currency whose denominations, serial numbers, federal district reserve numbers, and series years had been recorded by the Empire State Bank branch prior to the

robbery for identification purposes; and (ii) four firearms, three of which were black semi-automatic firearms.

9.     The deposits of Empire State Bank are insured by the FDIC.

WHEREFORE, your deponent respectfully requests that the defendant VINCENZO RANDAZZO be dealt with according to law.

DONALD FORD
Special Agent
Federal Bureau of Investigation

Sworn to before me this
17 day of March, 2026

)GE