EWS:MDM
F. #2026R00171

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

VINCENZO RANDAZZO,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT
E.D.N.Y.
* APRIL 1, 2026 *
BROOKLYN OFFICE

I N D I C T M E N T

Cr. No. _____26-CR-74_____
(T. 18, U.S.C., §§ 924(c)(1)(A)(i),
924(c)(1)(A)(ii), 924(d)(1), 981(a)(1)(C),
2113(a) and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

Judge Carol Bagley Amon
Magistrate Judge Joseph A. Marutollo

THE GRAND JURY CHARGES:

COUNT ONE
(Bank Robbery)

1.     On or about March 5, 2026, within the Eastern District of New York and elsewhere, the defendant VINCENZO RANDAZZO did knowingly and intentionally take by force, violence and intimidation, from the person and presence of one or more employees of a bank, to wit: a branch of Empire State Bank located at 6923 18th Avenue, Brooklyn, New York, money belonging to and in the care, custody, control, management and possession of said bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

(Title 18, United States Code, Sections 2113(a) and 3551 et seq.)

COUNT TWO
(Use of Firearm During a Crime of Violence)

2.     On or about March 5, 2026, within the Eastern District of New York and elsewhere, the defendant VINCENZO RANDAZZO did knowingly and intentionally use and carry a firearm during and in relation to a crime of violence, to wit: the crime charged in Count

2

One, and did knowingly and intentionally possess such firearm in furtherance of such crime of violence, which firearm was brandished.

(Title 18, United States Code, Section 924(c)(1)(A)(i), 924(c)(1)(A)(ii) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNT ONE

3.      The United States hereby gives notice to the defendant that, upon his conviction of the offense charged in Count One, the government will seek forfeiture in accordance with: (a) Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property, real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense; and (b) Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any violation of any other criminal law of the United States, including but not limited to the following assets, all seized by law enforcement on or about March 17, 2026, in Brooklyn, New York:

(i)      approximately $2,831.00 in United States currency;

(ii)      one Palmetto Dagger 9mm firearm bearing serial number FG020753;

(iii)      one Taurus G2C 9mm firearm bearing serial number ADA838343;

(iv)      one Smith & Wesson M+P 2.0 9mm firearm bearing serial number NLE4234;

(v)      one Heritage MFG .22L firearm bearing serial number BH690843; and

3

(vi)    one magazine carrier and six magazines.

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided

without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the forfeitable property

described in this forfeiture allegation.

(Title 18, United States Code, Sections 924(d)(1) and 981(a)(1)(C); Title 21,

United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

## CRIMINAL FORFEITURE ALLEGATION
## AS TO COUNT TWO

5.    The United States hereby gives notice to the defendant that, upon his

conviction of the offense charged in Count Two, the government will seek forfeiture in

accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States

Code, Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or

used in any knowing violation of Title 18, United States Code, Section 922 or Section 924,

4

including but not limited to the following assets, all seized by law enforcement on or about March 17, 2026, in Brooklyn, New York:

    (i)      one Palmetto Dagger 9mm firearm bearing serial number FG020753;

    (ii)     one Taurus G2C 9mm firearm bearing serial number ADA838343;

    (iii)    one Smith & Wesson M+P 2.0 9mm firearm bearing serial number NLE4234;

    (iv)    one Heritage MFG .22L firearm bearing serial number BH690843; and

    (v)      one magazine carrier and six magazines.

6.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty,

5

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

s/
_____
FOREPERSON

By: *Whitman G.S. Knapp, AUSA*
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK