Federal Defenders
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

August 17, 2026

**By ECF**

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Vincenzo Randazzo*, 26-cr-74 (CBA)

Dear Judge Amon:

This case has been set down for jury selection and trial on September 22, 2026, on a two-count indictment charging bank robbery and use of a firearm during a crime of violence. I write to inform the Court that Mr. Randazzo is prepared to plead guilty to Count One (bank robbery), and to request a change of plea hearing for September 3, 2026, at any time except 11:00 a.m.

With respect to Count Two, Mr. Randazzo is prepared to waive his right to a jury trial, but the government just advised that it will not consent to a nonjury trial.

Respectfully submitted,

<u>/s_Kannan Sundaram</u>
Kannan Sundaram
Assistant Federal Defender
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201